# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | CASE NO.: 2:15-cr-23 |
| | * | |
| v. | * | |
| | * | |
| PAUL SPENCER RUBLE, | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 54, to which Defendant Paul Ruble ("Ruble") filed Objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, as supplemented herein, as the opinion of the Court.

In his Objections, Ruble maintains the Magistrate Judge "misperceived" the basis on which he seeks dismissal of the indictment against him. Dkt. No. 57, p. 2. It appears Ruble misconstrues the Magistrate Judge's analysis regarding Ruble's Motion to Dismiss and Motion to Strike Surplusage. While the Magistrate Judge did state that the objected to language provided notice of the Government's case against Ruble, he did

not conclude that the Government set forth medical standards for the State of Georgia. Dkt. No. 54, pp. 3-10. Rather, the Magistrate Judge concluded the language in paragraph 22 of the Indictment did not establish a medical standard and only set forth the factual bases for the Government's charges against Ruble.

The Magistrate Judge's Report and Recommendation is **ADOPTED** as the opinion of the Court, and Ruble's Objections, dkt. no. 54, are **OVERRULED**. The Court **DENIES** Ruble's Motion to Dismiss Indictment, Motion to Strike Surplusage, and Motion to Suppress, dkt. nos. 24, 25, 26. Ruble does not object to the Magistrate Judge's disposition of his Motion for Disclosure, Motion for Brady Materials, Motion for Statements, Motion for Intention to Use Evidence, Motion for Co-conspirators' Hearsay Exceptions, Motion to Preserve Evidence, Motion for Substance of Promises or Plea Bargains Between Witnesses and Government, and Motion for Rule 404(b) Evidence. Dkt. Nos. 28, 29, 30, 31, 32, 33, 34, and 27. Thus, the Court does not disturb the Magistrate Judge's findings as to these Motions.

SO ORDERED, this ____ day of _____, 2016.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA